IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNNY ROBINSON                                                 PLAINTIFF

v.                        Case No. 08-2040

LT. LANNY REESE;
CAPTAIN TERRY REA;
LT. VENA CUPP and
CRAWFORD COUNTY
SHERIFF MIKE ALLEN                                      DEFENDANTS

**<u>ORDER</u>**

Now on this 11th day of July 2008, there comes on for consideration the report and recommendation filed herein on June 9, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Plaintiff has not filed any objections to the report and recommendation. The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Lt. Lanny Reese are DISMISSED on the grounds they are barred by *Heck*. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed because it fails to state a claim or states a claim that is not presently cognizable.) To the extent the claims against Reese are not barred by *Heck*, abstention under *Younger* is appropriate, and the claims are stayed and administratively terminated. *See Yamaha Motor Corp. v. Stroud*, 179 F.3d 598 (8th Cir. 1999)(stay rather than dismissal appropriate when damages are

sought and the court is not being asked to declare a state statute unconstitutional.)  Plaintiff may reopen his claims against Reese after the conclusion of the state criminal case.

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson  
                                      Honorable Robert T. Dawson  
                                      United States District Judge